## UNITED STATES DISTRICT COURT
Southern District of Texas

| | |
|---|---|
| 10 MINUTE FITNESS INC. D/B/A ZAAZ<br>**PLAINTIFF**<br><br>VS.<br><br>AMENTUM SERVICES, INC. F/K/A URS<br>FEDERAL SERVICES, INC., ET AL<br>**DEFENDANT** | CAUSE NO. 4:23-CV-00999 |

**RETURN OF SERVICE**

THIS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM, EXHIBIT A, EXHIBIT B, EXHIBIT C, EXHIBIT D, EXHIBIT E, CIVIL COVER SHEET, ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM FOR ROADSHOW STAFFING, INC. C/O REGISTERED AGENT, RICHARD BRADLEY O'NEILL WAS RECEIVED BY ME ON MONDAY, MARCH 20, 2023 AT 10:28 AM.

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO RICHARD BRADLEY O'NEILL WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF ROADSHOW STAFFING, INC. C/O REGISTERED AGENT, RICHARD BRADLEY O'NEILL ON MONDAY, MARCH 20, 2023 AT 1:20 PM AT 5252 WESTCHESTER, SUITE 210, HOUSTON, TX 77005.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

MONDAY, MARCH 20, 2023

*ERIC MANUEL JIMENEZ*

ERIC MANUEL JIMENEZ
Process Server
1201 Louisiana Street, Suite 370
Houston, TX  77002

167898.00001
DocID: P307983_1